# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

Case No. 8:09-bk-19398-KRM
Chapter 13

Jeffrey M Fay and Martha S. Fay ,
    Debtor(s).

## ORDER LIFTING THE AUTOMATIC STAY
## IN FAVOR OF U.S. BANK NATIONAL ASSOCIATION

THIS CASE came before the Court on the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, its Successors and/or Assigns ("Secured Creditor") (Docket No. 28), and upon the Affidavit of Collateral Surrender, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from the Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 1911 Brill Drive, Lutz, Florida 33549, legally described as:

> **LOT 11, BLOCK 5, LIVINGSTON UNIT III-A, RESUBDIVISION OF PART LOTS 20, 21 AND 22, LIVINGSTON ACRES, PLAT BOOK 28, PAGE 4, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 53, PAGE 31 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing U.S. Bank National Association, its Successors and/or Assigns to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. Notices required by state law may be sent directly to the Debtor.

5. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3).

**DONE** and **ORDERED** in Chambers at Tampa, Florida on January 13, 2010.

K. Rodney May
United States Bankruptcy Judge

Copies to:

Oscar A. Gomez, Esq.
Attorney for US Bank National Association
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920

Jeffrey M Fay and Martha S. Fay
1911 Brill Drive, Lutz, FL 33549

Terry E Smith, Trustee
P.O. Box 6099, Sun City Center, FL 33571

Stanley J Galewski, Esq.
ATTORNEY FOR THE DEBTOR(S)
Galewski Law Group P.A.
201 E. Kennedy Blvd, #760
Tampa, FL 33602

09-49446 (FRB) FM.mfr